## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN GREEN et al
        Plaintiff

V.

RICHTREE, MASS., INC.
        Defendant

CIVIL ACTION

NO. 99CV12153-MLW

### SETTLEMENT ORDER OF DISMISSAL

Wolf, D. J.

The Court having been advised on March 16, 2001 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

March 19, 2001
Date

Deputy Clerk

(dismiss-settle.wpd - 12/98)        [stlmtodism.]